IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA MATHIS,

    Plaintiff,

vs.                               CASE NO.:

TARGET CORPORATION,
a foreign profit corporation

    Defendant.
_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Fourth Judicial Circuit, in and for Duval County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff, Donna Mathis ("Plaintiff" or "Ms. Mathis"), has filed a civil action in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 16-2022-CA-002070, in which she alleges that on March 13, 2020, she was a business invitee on Defendant's premises located at 4657 River City Drive in Jacksonville, Duval County, Florida, at which time she allegedly fell from a stairway on the property (Complaint ¶¶ 2-4). Plaintiff alleges that she

sustained injury as a result from this incident (Complaint ¶ 7). True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as EXHIBIT "A."

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. Plaintiff's Complaint neglects to include the Plaintiff's residence. However, Defendant has attached a Westlaw report conducted on the Plaintiff that shows that her current home address is in Ponte Vedra, Duval County, Florida. (EXHIBIT "B"). Plaintiff holds an active registered nurse license with the Florida Department of Health. (Id.). Plaintiff is a registered agent of a Florida limited liability company named Simply Peaceful, LLC with a principal address in Ponte Vedra, Florida. (Id.). Plaintiff is registered to vote in Duval County, Florida and maintains an active voter status, as shown in EXHIBIT "C."

4. Defendant contends the foregoing sufficiently shows that the State of Florida is Plaintiff's domicile, which is her "true, fixed and permanent home and principal establishment . . . to which [she has] the intention of returning whenever [she is] absent therefrom." See McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

5. Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

6. The Complaint alleges the Plaintiff's damages exceed $30,001.00. (Complaint ¶ 1). Plaintiff's damages include injury "in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired." (Id. ¶ 17). Plaintiff claims her injuries are either "permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future." (Id.).

7. Prior to the lawsuit being filed, Plaintiff provided a demand to Defendant on January 20, 2022, attached hereto as EXHIBIT "D." In the demand, Plaintiff requested $350,000.00 to resolve her claims against Defendant. Plaintiff claimed that she suffered injuries to nose, right knee, right arm, right hip, right shoulder, neck, as well as right sided headaches and dizziness. (Id.). An MRI taken of Plaintiff's right knee on April 17, 2020, revealed "[m]eniscus: [p]artial radial tear of the posterior root of the lateral meniscus with small radial free edge tear of the body. Additional small radial free edge tear at the anterior body of the medial meniscus…" (Id.). Plaintiff claims her right knee has lost range of motion and can be painful when squatting or bending. (Id.). With regard to Plaintiff's fractured

3

nose, it was surgically repaired on May 13, 2020. (Id.). Dr. Kunal Thakker, M.D. performed a septoplasty and turbinate reduction on the Plaintiff's nose. (Id.). Plaintiff also complains of neck pain after the subject incident. (Id.). A CT of her cervical spine revealed trace anterolisthesis C3-4 and C4-5, disc space narrowing at C5-6, multilevel uncovertebral hypertrophy and neuroforaminal narrowing, among other findings. (Id.). Plaintiff was diagnosed with post-concussion syndrome and claims she is still suffering from chronic headaches, occasional problems focusing and reduced attention to detail. (Id). An MRI of Plaintiff's right shoulder allegedly evidenced a "[m]inimal thickness tear distal supraspinous tendon anteriorly compatible with a rim rent type tear." (Id). Plaintiff claims ongoing right shoulder range of motion problems, which causes discomfort with daily living activities. (Id.).

9. In the demand letter, Plaintiff stated she has requested additional medical records and bills, and will provide them upon receipt. Plaintiff listed the following known damages at the time of the demand letter on January 20, 2022:

| | |
|---|---|
| Medical Bills Known to Plaintiff | $33,000.00 |
| Out of Pocket Medical Expenses | $3,428.43 |
| Lost Wages | $7,500.00 |
| **TOTAL** | **$43,928.43** |

10. Plaintiff is seeking damages for pain and suffering of physical handicap, which would further increase the Plaintiff's alleged damages.

11. Plaintiff was allegedly unable to perform her job as a nurse from March 15, 2020 through June 8, 2020 and incurred $7,500 in lost wages from that period of time. (Exhibit D). Plaintiff alleges in her Complaint that her working ability was impaired and that she will suffer the losses and impairments in the future. (Complaint ¶ 7).

12. Notably, Benefit Recovery Group's claim amount for medical bills charged on behalf of the Plaintiff is **$90,480.50**. (EXHIBIT "E"). The claim amount paid by Benefit Recovery Group is $27,037.24. (Id.).

13. Based on the foregoing, including the Plaintiff's $350,000.00 demand (EXHIBIT D), the claimed damages and amount in controversy in this case are well above the $75,000 jurisdictional requirement.

14. Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on April 22, 2022.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

16. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

5

17. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

18. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

**WHEREFORE**, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the U.S. Federal Courts e-Portal document filing system and furnished to the following named addressees via email on this 20th day of May, 2022:

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
***Attorneys for Plaintiff***

**SAALFIELD SHAD, P.A.**

/s/ Joseph B. Stokes, III

---

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*