Filing # 147651715 E-Filed 04/13/2022 04:33:02 PM

### FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

#### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Donna Mathis</u>
Plaintiff

vs.

<u>Target Corporation, a foreign profit corporation</u>
Defendant

Case # _____
Judge  _____

---

#### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

#### III.    TYPE OF CASE    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -



**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☒ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>1</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Matthew W. Spohrer</u>       Fla. Bar # <u>62534</u>
     Attorney or party                (Bar # if attorney)

<u>Matthew W. Spohrer</u>           <u>04/13/2022</u>
 (type or print name)           Date

Filing # 147651715 E-Filed 04/13/2022 04:33:02 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

DONNA MATHIS

          Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

          Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Donna Mathis, sues Defendant Target Corporation and states:

1.    This    is    an    action    for    damages    that    exceed    $30,001.00.

2. On March 13, 2020, Defendant Target was the owner and in possession of a building at 4567 River City Drive in Jacksonville, Florida, that was used as a retail store.

3. At that time and place, Plaintiff went on the property as a business invitee.

4. Defendant Target negligently maintained a stairway on the property by failing to correct a dangerous condition with the stairway's handrail, so that Plaintiff fell on the property. The dangerous condition included, but was not limited to, negligently failing to have a handrail that extended the length of the stairway, and a further violation of applicable building code regulations.

5. The dangerous and defective stairway's violations of the 2017 Florida Building Code included, but were not limited to, the following provisions:

a. "1011.11 Handrails. Stairways shall have handrails on each side and shall comply with Section 1014."

b. "1014.4 Continuity. Handrail gripping surfaces shall be continuous, without interruption by newel posts or other obstructions."

c. "1014.6 Handrail extensions. Handrails shall return to a wall, guard or the walking surface or shall be continuous to the handrail of an adjacent flight of stairs or ramp run."

6. The negligent condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

7. As a result, Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, and a trial by jury. Submitted April 13, 2022.

SPOHRER & DODD, P.L.

E-SIGN: /S/MATTHEW W. SPOHRER

MATTHEW W. SPOHRER, ESQUIRE
Florida Bar No: 0062534
E-mail: *mspohrer@sdlitigation.com*
2d E-mail: *sjuneau@sdlitigation.com*
76 S. Laura St., Ste 1701
Jacksonville, FL 32202
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Counsel for Plaintiffs*

Filing # 147651715 E-Filed 04/13/2022 04:33:02 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

DONNA MATHIS

           Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

           Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA**

To Each Sheriff of the State:

    You are commanded to serve this Summons, and a copy of the Complaint on the defendant:

        Target Corporation
        c/o CT Corporation System
        1200 South Pine Island Road
        Plantation, FL 33324

    The Defendant is required to serve written defenses to the complaint on Plaintiff's attorney whose name and address is:

        Matthew W. Spohrer, Esquire
        Spohrer & Dodd, P.L.,
        76 S. Laura St., Suite 1701
        Jacksonville, FL 32202
        Tel: (904) 309-6500
        E-mail: mspohrer@sdlitigation.com

*Within 20 days after service of this summons on Defendant*, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If defendant fails to do so, a default will be entered against defendant for the relief demanded in the complaint.

DATED on _____
Apr 19 2022

Clerk, Circuit Court

JODY PHILLIPS

BY:_____

DEPUTY CLERK



**JODY PHILLIPS**

**RECEIPT**
4130628

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
04/14/2022 12:23
Page 1 of 1

| Receipt Number: 4130628 - Date 04/14/2022  Time 12:23PM | | | |
|---|---|---|---|
| **Received of:** | Spohrer and Dodd<br>76 S. Laura Street, Suite 1701<br>Jacksonville, FL 32202 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 7473791 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-E(Circuit Court) | | |

| Case# 16-2022-CA-002070-XXXX-MA -- PLAINTIFF: MATHIS, DONNA | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 3446101 | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2022-CA002070XXXXMA

DIVISION:

DONNA MATHIS

        Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

        Defendant.

_____/

## ORDER SETTING WITHOUT PREJUDICE CASE MANAGEMENT SCHEDULE FOR A JURY TRIAL IN A GENERAL CASE

        **THIS CAUSE,** having come before the Court for entry of a Case Management Order (CMO), the Court designates this matter as **GENERAL** pursuant to Administrative Order No. 2021-10.

        To comply with the Florida Supreme Court's AOSC 20-23, Amendment 12 and Florida Rules of Judicial Administration 2.545(a), (b), and (e) that require judges to conclude litigation as soon as it is reasonably and justly possible to do so, to take charge of all cases at an early stage, to control the progress of the case until it is determined, and to apply a firm continuance policy allowing continuances only for good cause shown,

        It is **ORDERED:**

1. The maximum periods for the deadlines in jury trials are as follows:

    (a) Plaintiff shall have **120 days** from the date of filing the complaint to serve all Defendants. Extensions for service of the complaint shall be allowed upon a showing of good cause.

(b) The parties shall transmit a copy of the CMO to the assigned judge's judicial assistant.

(c) The parties shall give notice of any potential additional parties within **45 days** of the date of this CMO.

(d) All objections and motions directed to pleadings shall be resolved within **75 days** of the date of this CMO.

(e) Additional parties shall be added within **75 days** of the date of this CMO unless good cause is demonstrated.

(f) Fact discovery, including depositions of fact witnesses, shall be completed within **9 months** of the date of this CMO.

(g) Expert discovery, including expert depositions, shall be completed within **9 months** of the date of this CMO.

(h) All pretrial motions shall be resolved before the pretrial conference.

(i) Mediation shall have occurred within **12 months** of the date of this CMO.

(j) The projected trial date at this time is **15 months** from the date of this CMO.

2. The presiding judge will set a hearing when the case is at issue pursuant to Florida Rule of Civil Procedure 1.440 at which time trial dates will be scheduled.

3. The deadlines established in this CMO shall be enforced, absent good cause shown. Failure to comply in good faith with the requirements of this CMO by either party may result in dismissal and/or the imposition of other sanctions by the Court.

4. The Plaintiff shall promptly notify the presiding judge if the case is settled.

5. Plaintiff shall serve a copy of this CMO along with the summons upon all other parties.

6. This CMO shall be without prejudice to any party to seek modification of this CMO.

**DONE** in Chambers at Jacksonville, Duval County, Florida.

_____
**MARK H. MAHON**
**CHIEF JUDGE**

Copies to:

3

# VERIFIED RETURN OF SERVICE

Job # MIA1904

**Client Info:**

SPOHRER DODD
76 S. Laura St., Suite 1701
Jacksonville, FL 32202

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | CIRCUIT COURT |
| DONNA MATHIS | Court Division: CV-E |
| -versus- | |
| **DEFENDANT:** | County of Duval, Florida |
| TARGET CORPORATION | Court Case # **16-2022-CA-002070-XXXX-MA** |

**Service Info:**

**Received by Mikhael Goldgisser: on April, 21st 2022 at 02:54 PM**
**Service:** I Served **TARGET CORPORATION, C/O CT CORPORATION SYSTEM**
With: **SUMMONS; COMPALINT AND DEMAND FOR JURY TRIAL; ORDER SETTING WITHOUT PREJUDICE CASE MANAGEMENT SCHEDULE FOR A JURY TRIAL IN A GENERAL CASE**
by leaving with **Donna moch, EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Business 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324**
Latitude: 26.106369, Longitude: -80.261244

On **4/22/2022** at **10:25 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Mikhael Goldgisser**
Lic # **1556**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J223836
Job # MIA1904




1 of 1

Filing # 147651715 E-Filed 04/13/2022 04:33:02 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

DONNA MATHIS

        Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

        Defendant.
_____/

## SUMMONS

**THE STATE OF FLORIDA**

To Each Sheriff of the State:

      You are commanded to serve this Summons, and a copy of the Complaint on the defendant:

      Target Corporation
      c/o CT Corporation System
      1200 South Pine Island Road
      Plantation, FL 33324

      The Defendant is required to serve written defenses to the complaint on Plaintiff's attorney whose name and address is:

      Matthew W. Spohrer, Esquire
      Spohrer & Dodd, P.L.,
      76 S. Laura St., Suite 1701
      Jacksonville, FL 32202
      Tel: (904) 309-6500
      E-mail: mspohrer@sdlitigation.com

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:    16-2022-CA-002070
DIVISION:    CV-E

DONNA MATHIS,

       Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation

       Defendant.

_____/

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF DONNA MATHIS

Defendant, TARGET CORPORATION, by and through its undersigned attorneys, hereby requests pursuant to Rule 1.350, Florida Rules of Civil Procedure, that Plaintiff, **DONNA MATHIS** produce and permit Defendant to inspect and copy each of the following documents:

1.    Medical bills, including but not limited to doctors, hospitals and prescriptions arising out of the alleged injuries which are the subject of your Complaint.

2.    Income tax returns for the years 2016 through 2021, including W-2 forms filed.

3.    Hospital records concerning any and all hospitalizations arising out of the alleged injuries to Plaintiff which are in your or your attorney's possession, custody or control.

4.    Medical records from any doctors, nurses or other health care providers who have seen and/or treated Plaintiff as a result of the alleged injuries pled in the Complaint.

5.    Medical reports, opinions or other written memoranda from doctors, nurses or other health care providers, or expert witnesses containing information concerning the injuries and/or

damages allegedly sustained by Plaintiff which are in your or your attorney's possession, custody or control.

6.      Any and all photographs taken in relation to this incident.

7.      Any and all statements obtained in relation to this case.

8.      All documents which you anticipate you may utilize as exhibits in the trial of this matter.

9.      A copy of the front and back of all health insurance cards including Medicare, Medicaid, and/or private health insurance carriers in possession of the Plaintiff at the time of the accident and anytime thereafter.

10.     All documents and payment information made by third party/collateral source lien holders received by Plaintiff or Plaintiff's counsel in connection with the subject accident.

11.     All documents sent by Plaintiff's counsel to any collateral source lien holders advising them of the subject accident and/or putting said collateral source lien holder on notice.

12.     All documents sent by Plaintiff or received by Plaintiff in connection with any disability insurance in effect at the time of the subject accident.

13.     An original Consent to Release directed to Centers for Medicare & Medicaid Services (CMS) executed by Plaintiff. (Attached hereto).

14.     An original Consent for Release of Information directed to Social Security Administration executed by Plaintiff. (Attached hereto).

15.     An original Authorization for the Use and Disclosure of Protected Health Information directed to Florida Medicaid TPL Recovery Program executed by Plaintiff. (Attached hereto).

16.     An original Request for Copy of Tax Return IRS Form 4506 directed to the Internal Revenue Service executed by Plaintiff. (Attached hereto).

17.     Copies of all records related to any mental health treatment received by Plaintiff in the last ten (10) years, including but not limited to, psychologists, psychiatrists, counselors or therapists. This request specifically includes records of treatment for substance abuse, dependency or addiction.

18.     The shoes worn by the Plaintiff at the time of the incident alleged in Plaintiff's Complaint.

19.     The Target receipt for purchase(s) made on the date of the alleged incident.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 10th day of May, 2022:

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**
_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com

3

**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***

4

## INTERNAL REVENUE SERVICE - 2021 - 2017

Form **4506**

(Novmeber 2021)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit *www.irs.gov/form4506*.

OMB No. 1545-0429

**Tip: Get faster service: Online at www.irs.gov, Get Your Tax Record (Get Transcript) or by calling 1-800-908-9946 for specialized assistance. We have teams available to assist. Note: Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: Tax Return Transcript (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), Tax Account Transcript (shows basic data such as return type, marital status, AGI, taxable income and all payment types), Record of Account Transcript (combines the tax return and tax account transcripts into one complete transcript), Wage and Income Transcript (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and Verification of Non-filing Letter (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).**

| | | |
|---|---|---|
| 1a  Name shown on tax return. If a joint return, enter the name shown first. | | 1b  First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| 2a  If a joint return, enter spouse's name shown on tax return. | | 2b  Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Saalfield Shad, P.A., 245 Riverside Avenue, Suite 400, Jacksonville, FL 32202

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

6   Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

Note: If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . ☐

7   Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

| 12 / 31 / 2021 | 12 / 31 / 2020 | 12 / 31 / 2019 | 12 / 31 / 2018 |
|---|---|---|---|
| 12 / 31 / 2017 | ___ / ___ / ___ | ___ / ___ / ___ | ___ / ___ / ___ |

8   Fee. There is a $43 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 43.00 |
| b | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . | | 5 |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . | $ | $215.00 |

9   If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☑

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑   **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

| | |
|---|---|
| Signature (see instructions) | Date |
| Print/Type name | Title (if line 1a above is a corporation, partnership, estate, or trust) |
| Spouse's signature | Date |
| Print/Type name | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 11-2021)

Form 4506 (Rev. 11-2021)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

### Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506.

**Line 7.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

BY



RON DESANTIS
GOVERNOR

MARY C. MAYHEW
SECRETARY

### Authorization for the Use and Disclosure of Protected Health Information

**Federal law states that we cannot share an individual's health information without the individual's permission, except in certain situations. By signing this form, you are giving us permission to share the information you indicate below. If you decide later that you do not want us to share this information any more, you can revoke this authorization at any time in writing or sign the REVOCATION SECTION on the back of this form and return it to the Florida Medicaid TPL Recovery Program. This form must be completed and signed by the Medicaid recipient or by an individual who has the authority to act on the Medicaid recipient's behalf (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).**

PLEASE COMPLETE THE FOLLOWING SECTIONS

1.   **Personal Information:**

Medicaid Recipient's Name_____Date of Birth_____

Medicaid ID Number_____Social Security Number_____

2.   **I give permission to the Agency for Health Care Administration (AHCA) and its contract representatives to share the health information listed below with the following:**

Name of the Law Firm or Law Office _____Saalfield Shad, P.A., 245 Riverside Avenue, #400, Jacksonville, FL 32202_____

Name of the Insurance Company_____

Other_____

3.   **Indicate the purpose for which the disclosure is to be made:**

  _XX_ To substantiate Medicaid's lien relating to a lawsuit
  _____To substantiate Medicaid's claim against the estate or against a trust account or annuity
  _XX_ Other  ____Litigation pending in the State of Florida_____

4.   **Indicate the information that you want to be disclosed, related to the following (check one):**

  _____The Medicaid lien *relating to the injury or negligence* charges, for the period beginning with the date of incident.
  _____Medicaid's claim against the *estate*.
  _____The amount that is due Medicaid from the *trust account, [Please send a copy of the trust agreement].*
  _____The amount that is due Medicaid from the *annuity account, [Please send a copy of the annuity agreement].*
  _XX_ Other, *[Please be specific].* ___Paid Claims History_____

5.   **Enter the specific date that you want this authorization to expire:  (i.e., one year from date of release)_____**
    (If you do not enter a date, this authorization will expire in five years.)

I understand that the information described above may be redisclosed by the person or group that I hereby give AHCA and its contract representatives permission to share my information with, and that my information would no longer be protected by the federal privacy regulations. Therefore, I release AHCA, its workforce members, and its contract representatives from all liability arising from the disclosure of my health information pursuant to this agreement. I understand that I may inspect or request copies of any information disclosed by this authorization if AHCA or its contract representatives initiated this request for disclosure. I understand that I may revoke this authorization by notifying AHCA through its contractor representatives, in writing, knowing that previously disclosed information would not be subject to my revocation request. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or eligibility for benefits.

6.   **Recipient Signature_____ Print Name_____Date_____**
    **OR**
    Name of Legal Representative (Print)_____Relationship_____

    Signature of Legal Representative *_____Date_____
    * If you are not the individual, but represent the individual, please attach a copy of the legal document that verifies that you are a representative (parent of a minor, legal guardian, trustee, power of attorney, personal representative of the estate, grantor of an annuity).

**INSTRUCTIONS FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION**

1.  Complete the front of the form and return it to Florida Medicaid TPL Recovery Program, Post Office Box 12188, Tallahassee, Florida 32317-2188, Phone (toll-free) (877) 357-3268 or Fax (844) 845-8352.

2.  If the signer is a guardian, has a power of attorney or is an authorized representative, documentation of the representative's authority to act on the individual's behalf must be attached.  If an agency has custody of a child and a representative signs the release, include a copy of the custody order.

3.  Special kinds of health information have specific laws and rules that have to be followed before that information can be disclosed.

**HIV and Sexually Transmitted Diseases (STD):**  All information about HIV and sexually transmitted diseases is protected under federal and state laws and cannot be disclosed without your written authorization unless otherwise provided in the regulations.  To release HIV or STD information, this authorization must include a statement in the Information You Want Disclosed section of the specific HIV or STD information that you are giving permission to release.  Re-disclosure of HIV information is not allowed, except in compliance with law or with your written permission.

**Alcohol and Drug Treatment:**  Alcohol and/or drug treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise provided for in federal and state laws or regulations.  To release alcohol and drug treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan."  Re-disclosure of you alcohol and/or drug treatment records is not allowed, except in compliance with law or with your written permission.

**Mental Health Treatment:**  Mental health treatment records are protected under federal and state laws and regulations and cannot be disclosed without your written authorization, unless otherwise allowed in federal and state laws or regulations.  To release mental health treatment information, this authorization must include a statement in the Information You Want Disclosed section of the specific information that you are giving permission to release, such as "assessment, treatment plan, attendance, discharge plan." Also, disclosure of your therapist's own notes (psychotherapy notes) needs separate permission.  Re-disclosure of your mental health treatment records is prohibited, except in compliance with law or with your written permission.

4.  You will be provided with a copy of this form.

---

**REVOCATION SECTION**

To revoke your authorization, complete the following section and return the form to the Florida Medicaid TPL Recovery Program at the address given above.  (Use of this form to revoke your authorization is optional; however, you must submit your revocation request in writing.)

I no longer want my information shared.

Name_____Date of Birth_____

Street Address_____

City_____State_____Zip_____

If applicable, your Medicaid ID number_____

Signature_____Date_____
OR
Signature of Authorized Representative_____Date_____

Relationship of Authorized Representative_____

(Revised March 2019)

## CENTER FOR MEDICARE & MEDICAID SERVICES (CMS)

**Consent to Release**
**Liability Insurance (Including Self-Insurance), No-Fault Insurance,**
**or Workers' Compensation**

**Where to find Information on "Consent to Release" vs. "Proof of Representation"**

Please refer to the PowerPoint document on this website titled: "Rules and Model Language for 'Proof of Representation' vs. 'Consent to Release' for Medicare Secondary Payer Liability Insurance (Including Self-Insurance), No-Fault Insurance, or Workers' Compensation" for detailed information on

- **When to use a "consent to release" document vs. a "proof of representation" document,**
- Appropriate content for both documents,
- The need for appropriate documentation when there are two layers of representatives involved (examples: attorney 1 refers a case to attorney 2; the beneficiary's guardian hires an attorney to pursue a liability insurance claim) or when a beneficiary's representative signs a "consent to release" document on the beneficiary's behalf,
- What liability insurers (including self-insurers), no-fault insurers, and workers' compensation entities must have in order to obtain conditional payment information, and
- Use of agents by insurers' or workers' compensation.

**General**

A "consent to release" document is used by an individual or entity who does not represent the Medicare beneficiary but is requesting information regarding the beneficiary's conditional payment information. A "consent to release" does not authorize the individual or entity to act on behalf of the beneficiary or make decisions on behalf of the beneficiary.

**Model Language**

See attached. Use of the model language is not required, but any documentation submitted as a "Consent to Release" must include the information the model language requests.

**Where to Submit a " Consent to Release" document:**

**Liability Insurance, No-Fault Insurance, Workers' Compensation:**

**NGHP**
PO Box 138832
Oklahoma City, OK 73113
**Fax: (405) 869-3309**

MODEL LANGUAGE

## CONSENT TO RELEASE

The language below should be used when you, a Medicare beneficiary, want to authorize someone other than your attorney or other representative to receive information, including identifiable health information, from the Centers for Medicare & Medicaid Services (CMS) related to your liability insurance (including self-insurance), no-fault insurance or workers' compensation claim.

I, _____ (print your name exactly as shown on your Medicare card) hereby authorize the CMS, its agents and/or contractors to release, upon request, information related to my injury/illness and/or settlement for the specified date of injury/illness to the individual and/or entity listed below:

## CHECK ONLY ONE OF THE FOLLOWING TO INDICATE WHO MAY RECEIVE INFORMATION AND THEN PRINT THE REQUESTED INFORMATION:

(If you intend to have your information released to more than one individual or entity, you must complete a separate release for each one.)

☐ Insurance Company      ☐ Workers' Compensation Carrier      ☑ Other  **Attorney**
                                                                          (Explain)

| | |
|---|---|
| Name of entity: | Saalfield Shad, P.A. |
| Contact for above entity: | Joseph B. Stokes, III |
| Address: | 245 Riverside Avenue |
| Address Line 2: | Suite 400 |
| City/State/ZIP: | Jacksonville, FL 32202 |
| Telephone: | 904-355-4401 |

## CHECK ONE OF THE FOLLOWING TO INDICATE HOW LONG CMS MAY RELEASE YOUR INFORMATION

(The period you check will run from when you sign and date below.):

☑ One Year          ☐ Two Years          ☐ Other _____
                                                    (Provide a specific period of time)

I understand that I may revoke this "consent to release information" at any time, in writing.

## MEDICARE BENEFICIARY INFORMATION AND SIGNATURE:

Beneficiary Signature: _____   Date signed: _____

Note: If the beneficiary is incapacitated, the submitter of this document will need to include documentation establishing the authority of the individual signing on the beneficiary's behalf. Please visit https://go.cms.gov/cobro for further instructions.

Medicare ID (The number on your Medicare card.): _____

Date of Injury/Illness: _____

## SOCIAL SECURITY ADMINISTRATION

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

- Fill in the name and address of the person or organization where you want us to send the requested information.

- Specify the reason you want us to release the information.

- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288 (11-2016) uf
Destroy Prior Editions

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

Joseph B. Stokes, III, Esw.

c/o Saalfield Shad, P.A.

**\*ADDRESS OF PERSON OR ORGANIZATION:**

245 Riverside Avenue

Suite 400

Jacksonville, FL 32202

**\*I want this information released because:** Litigation pending in the State of Florida
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
**Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 01/01/2012 to date present
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☒ Medical records from my claims folder(s) from date 01/11/2012 to date present
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

   Application for Benefits, doctor reports, Consultation Evaluation Reports, questionnaires, records/start date, video or tape recordings/transcripts, and date of entitlement.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| **Address: | **Daytime Phone: |
| Relationship (if not the subject of the record): | **Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2022-CA-002070
DIVISION:   CV-E

DONNA MATHIS,

       Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation

       Defendant.

_____/

## NOTICE OF SERVICE OF DEFENDANT'S
## FIRST INTERROGATORIES TO PLAINTIFF DONNA MATHIS

Defendant, TARGET CORPORATION, hereby gives notice that Defendant's

Interrogatories to Plaintiff, **DONNA MATHIS,** numbered one (1) through twenty-eight (28), have

been served upon Plaintiff, c/o Matthew W. Spohrer, Esquire, by Electronic Mail.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 10th day of May, 2022:

> **Matthew W. Spohrer, Esquire**
> Spohrer & Dodd, P.L.
> 76 S. Laura Street, Suite 1701
> Jacksonville, FL 32202
> Email (Primary) mspohrer@sdlitigation.com
> Email (Secondary) sjuneau@sdlitigation.com
> Telephone: 904-309-6500
> Facsimile: 904-309-6501
> *Attorneys for Plaintiff*

> **SAALFIELD SHAD, P.A.**

> /s/ Joseph B. Stokes, III
> _____
> **JOSEPH B. STOKES, III, ESQUIRE**
> Florida Bar Number: 897183
> Email (Primary) jstokes@saalfieldlaw.com
> Email (Secondary) llovein@saalfieldlaw.com;
> khosea@saalfieldlaw.com
> **ANGELICA L. INCLAN, ESQUIRE**
> Florida Bar Number: 1019370
> Email (Primary) ainclan@saalfieldlaw.com
> 245 Riverside Avenue, Suite 400
> Jacksonville, FL 32202
> 904-355-4401 (phone)
> 904-355-3503 (facsimile)
> *Attorneys for Defendant*

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2022-CA-002070
DIVISION:   CV-E

DONNA MATHIS,

       Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation

       Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF EMAIL ADDRESSES FOR SERVICE OF DOCUMENTS

    COME NOW, Joseph B. Stokes, III, Esquire, and Angelica L. Inclan, Esquire of

SAALFIELD SHAD, P.A., and file this Notice of Appearance as attorneys of record in the above-

captioned matter on behalf of the Defendant, TARGET CORPORATION.

    Pursuant to Florida Rule of Judicial Administration 2.516(1)(A), Defendant hereby gives

notice of the primary and secondary email addresses of its counsel as follows:

| | |
|---|---|
| Counsels' Names | Joseph B. Stokes, III<br>Angelica L. Inclan |
| Primary Email Addresses: | jstokes@saalfieldlaw.com<br>ainclan@saalfieldlaw.com |
| Secondary Email Addresses: | llovein@saalfieldlaw.com;<br>khosea@saalfieldlaw.com; |

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 10th day of May, 2022:

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Attorneys for Plaintiff*

                    **SAALFIELD SHAD, P.A.**

                    **/s/ Joseph B. Stokes, III**
                    _____
                    **JOSEPH B. STOKES, III, ESQUIRE**
                    Florida Bar Number: 897183
                    Email (Primary) jstokes@saalfieldlaw.com
                    Email (Secondary) llovein@saalfieldlaw.com;
                    khosea@saalfieldlaw.com
                    **ANGELICA L. INCLAN, ESQUIRE**
                    Florida Bar Number: 1019370
                    Email (Primary) ainclan@saalfieldlaw.com
                    245 Riverside Avenue, Suite 400
                    Jacksonville, FL 32202
                    904-355-4401 (phone)
                    904-355-3503 (facsimile)
                    *Attorneys for Defendant*

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2022-CA-002070
DIVISION:   CV-E

DONNA MATHIS,

      Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation

      Defendant.

_____/

## DEFENDANT, TARGET CORPORATION'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, TARGET CORPORATION ("Target" or "Defendant"), by and through its undersigned counsel, hereby answers Plaintiff's Complaint, and states as follows:

1.      Admitted for jurisdictional purposes only, otherwise denied.

2.      Admitted that Defendant operated the Target store located at 4567 River City Drive in Jacksonville, Florida 32246 on March 13, 2020, otherwise denied.

3.      Denied.

4.      Denied.

5.      Denied, including subparts (a)-(c).

6.      Denied.

7.      Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff, DONNA MATHIS, was negligent, which negligence was the proximate or contributing cause of the injury and/or injuries. Therefore, any recovery in this action should be reduced on a pro rata basis based upon the degree of Plaintiff's negligence.

### Second Affirmative Defense

This Defendant is entitled to a set-off for any and all benefits received by the Plaintiff from any collateral source as defined by applicable Florida Statutes and case law.

### Third Affirmative Defense

The Plaintiff has failed to mitigate any damages in this case, which failure to mitigate should reduce Plaintiff's claim for damages in direct proportion thereto.

### Fourth Affirmative Defense

Plaintiff's claims are barred or shall be reduced by the negligence of non-parties to this action whose conduct caused or contributed to the alleged accident and resulting damages, if any.

### Fifth Affirmative Defense

Defendant reserves the right to amend and supplement its pleadings to include additional affirmative defenses as developed during discovery.

### Demand for Jury Trial

Defendant hereby demands trial by jury on all issues so triable.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 12th day of May, 2022:

2

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

/s/ Joseph B. Stokes, III

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

Filing # 150032736 E-Filed 05/20/2022 03:44:48 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:    16-2022-CA-002070
DIVISION:    CV-E

DONNA MATHIS,

      Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation

      Defendant.

_____/

## DEFENDANT, TARGET CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

      Defendant, Target Corporation, by and through its undersigned attorneys, and pursuant to 28 U.S.C. §1332, §1441, and §1446, hereby gives notice that it has this date filed with the U.S. District Court for the Middle District of Florida, Jacksonville Division, a Notice of Removal. A copy of the Notice of Removal (without Exhibits) is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 20th day of May, 2022:

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
***Attorneys for Plaintiff***

SAALFIELD SHAD, P.A.

/s/ Joseph B. Stokes, III

_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA MATHIS,

     Plaintiff,

vs.                            CASE NO.:

TARGET CORPORATION,
a foreign profit corporation

     Defendant.

_____/

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Fourth Judicial Circuit, in and for Duval County, Florida. In support of the removal of this action, Defendant states as follows:

1.  Plaintiff, Donna Mathis ("Plaintiff" or "Ms. Mathis"), has filed a civil action in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 16-2022-CA-002070, in which she alleges that on March 13, 2020, she was a business invitee on Defendant's premises located at 4657 River City Drive in Jacksonville, Duval County, Florida, at which time she allegedly fell from a stairway on the property (Complaint ¶¶ 2-4). Plaintiff alleges that she



sustained injury as a result from this incident (Complaint ¶ 7). True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as EXHIBIT "A."

2.   Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3.   Plaintiff's Complaint neglects to include the Plaintiff's residence. However, Defendant has attached a Westlaw report conducted on the Plaintiff that shows that her current home address is in Ponte Vedra, Duval County, Florida. (EXHIBIT "B"). Plaintiff holds an active registered nurse license with the Florida Department of Health. (Id.). Plaintiff is a registered agent of a Florida limited liability company named Simply Peaceful, LLC with a principal address in Ponte Vedra, Florida. (Id.).  Plaintiff is registered to vote in Duval County, Florida and maintains an active voter status, as shown in EXHIBIT "C."

4.   Defendant contends the foregoing sufficiently shows that the State of Florida is Plaintiff's domicile, which is her "true, fixed and permanent home and principal establishment . . . to which [she has] the intention of returning whenever [she is] absent therefrom." See McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

2

5.     Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

6.     The Complaint alleges the Plaintiff's damages exceed $30,001.00. (Complaint ¶ 1). Plaintiff's damages include injury "in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired." (Id. ¶ 17). Plaintiff claims her injuries are either "permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future." (Id.).

7.     Prior to the lawsuit being filed, Plaintiff provided a demand to Defendant on January 20, 2022, attached hereto as EXHIBIT "D." In the demand, Plaintiff requested $350,000.00 to resolve her claims against Defendant. Plaintiff claimed that she suffered injuries to nose, right knee, right arm, right hip, right shoulder, neck, as well as right sided headaches and dizziness. (Id.). An MRI taken of Plaintiff's right knee on April 17, 2020, revealed "[m]eniscus: [p]artial radial tear of the posterior root of the lateral meniscus with small radial free edge tear of the body. Additional small radial free edge tear at the anterior body of the medial meniscus…" (Id.). Plaintiff claims her right knee has lost range of motion and can be painful when squatting or bending. (Id.). With regard to Plaintiff's fractured

3

nose, it was surgically repaired on May 13, 2020. (Id.). Dr. Kunal Thakker, M.D. performed a septoplasty and turbinate reduction on the Plaintiff's nose. (Id.). Plaintiff also complains of neck pain after the subject incident. (Id.). A CT of her cervical spine revealed trace anterolisthesis C3-4 and C4-5, disc space narrowing at C5-6, multilevel uncovertebral hypertrophy and neuroforaminal narrowing, among other findings. (Id.). Plaintiff was diagnosed with post-concussion syndrome and claims she is still suffering from chronic headaches, occasional problems focusing and reduced attention to detail. (Id). An MRI of Plaintiff's right shoulder allegedly evidenced a "[m]inimal thickness tear distal supraspinous tendon anteriorly compatible with a rim rent type tear." (Id). Plaintiff claims ongoing right shoulder range of motion problems, which causes discomfort with daily living activities. (Id.).

9. In the demand letter, Plaintiff stated she has requested additional medical records and bills, and will provide them upon receipt. Plaintiff listed the following known damages at the time of the demand letter on January 20, 2022:

| | |
|---|---|
| Medical Bills Known to Plaintiff | $33,000.00 |
| Out of Pocket Medical Expenses | $3,428.43 |
| Lost Wages | $7,500.00 |
| **TOTAL** | **$43,928.43** |

10. Plaintiff is seeking damages for pain and suffering of physical handicap, which would further increase the Plaintiff's alleged damages.

11. Plaintiff was allegedly unable to perform her job as a nurse from March 15, 2020 through June 8, 2020 and incurred $7,500 in lost wages from that period of time. (Exhibit D). Plaintiff alleges in her Complaint that her working ability was impaired and that she will suffer the losses and impairments in the future. (Complaint ¶ 7).

12. Notably, Benefit Recovery Group's claim amount for medical bills charged on behalf of the Plaintiff is **$90,480.50**. (EXHIBIT "E"). The claim amount paid by Benefit Recovery Group is $27,037.24. (Id.).

13. Based on the foregoing, including the Plaintiff's $350,000.00 demand (EXHIBIT D), the claimed damages and amount in controversy in this case are well above the $75,000 jurisdictional requirement.

14. Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on April 22, 2022.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

16. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

17.   The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

18.   Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

**WHEREFORE**, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the U.S. Federal Courts e-Portal document filing system and furnished to the following named addressees via email on this 20th day of May, 2022:

**Matthew W. Spohrer, Esquire**
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Email (Primary) mspohrer@sdlitigation.com
Email (Secondary) sjuneau@sdlitigation.com
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**

**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
khosea@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*