Filing # 147651715 E-Filed 04/13/2022 04:33:02 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

DONNA MATHIS

       Plaintiff,

vs.

TARGET CORPORATION,
a foreign profit corporation,

       Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Donna Mathis, sues Defendant Target Corporation and states:

1. This is an action for damages that exceed $30,001.00.

2. On March 13, 2020, Defendant Target was the owner and in possession of a building at 4567 River City Drive in Jacksonville, Florida, that was used as a retail store.

3. At that time and place, Plaintiff went on the property as a business invitee.

4. Defendant Target negligently maintained a stairway on the property by failing to correct a dangerous condition with the stairway's handrail, so that Plaintiff fell on the property. The dangerous condition included, but was not limited to, negligently failing to have a handrail that extended the length of the stairway, and a further violation of applicable building code regulations.

5. The dangerous and defective stairway's violations of the 2017 Florida Building Code included, but were not limited to, the following provisions:

    a. "1011.11 Handrails. Stairways shall have handrails on each side and shall comply with Section 1014."

b. "1014.4 Continuity. Handrail gripping surfaces shall be continuous, without interruption by newel posts or other obstructions."

c. "1014.6 Handrail extensions. Handrails shall return to a wall, guard or the walking surface or shall be continuous to the handrail of an adjacent flight of stairs or ramp run."

6. The negligent condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

7. As a result, Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, and a trial by jury. Submitted April 13, 2022.

SPOHRER & DODD, P.L.

E-SIGN: /S/MATTHEW W. SPOHRER

MATTHEW W. SPOHRER, ESQUIRE
Florida Bar No: 0062534
E-mail: *mspohrer@sdlitigation.com*
2d E-mail: *sjuneau@sdlitigation.com*
76 S. Laura St., Ste 1701
Jacksonville, FL 32202
Telephone: 904-309-6500
Facsimile: 904-309-6501
*Counsel for Plaintiffs*